UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X

GUIDO MAGNONI,

                     Plaintiff,              SUMMONS IN A CIVIL ACTION

          -against-

# CV-09 2419

UNITED PARCEL SERVICE, INC., DAVE MAZZOLA,
DOUG TRANDIAK, DAN DMYTRYCK, PAUL
VOHRINGER, and JIM KIRK,

## WEXLER, J.

                     Defendants.

---------------------------------------------------------X

## ORENSTEIN, M.

To the Above-Named Defendants:

    UNITED PARCEL SERVICE, INC.
    CORPORATION TRUST CENTER
    1209 ORANGE STREET
    WILMINGTON, DELAWARE

       You are hereby summoned and required to serve upon GENEVIEVE LANE LOPRESTI, ESQ., Attorney at Law, whose address is 219 Mineola Blvd, Suite 2, Mineola, New York, 11501, plaintiff's attorneys, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded within the complaint.

                              **ROBERT C. HEINEMANN**
                                CLERK OF THE COURT

                                *[signature]*
                                BY DEPUTY CLERK

Dated: Mineola, New York
       June 5, 2009

JUN 0 8 2009

STATE OF NEW YORK  EASTERN NEW YORK COUNTY  U. S. DISTRICT COURT
DOCUMENTS SERVED WITH INDEX # CV-09 2419   AND FILED ON  June 8, 2009
ATTORNEY(S): ,

*Guido Magnoni*
*vs*
*Doug Trandiak C/O United Parcel Service, Inc., Dave Mazzola, Doug Trandiak, et al*

| STATE OF NEW YORK | ) SS | AFFIDAVIT OF SERVICE |
|---|---|---|
| COUNTY OF FULTON | ) | |

Gerald Skinner being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at Caroga Lake, NY . On July 1, 2009 at 3:24PM , at 80 State St., Albany, NY 12207 deponent served the within Summons in a Civil Action and Complaint

ON: __United Parcel Service, Inc., C/O Corporation Service Company__ , __Defendant__ (herein called recipient) therein named.

**#1 INDIVIDUAL** [ ]
By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [X]
A __NYS Agency__ corporation, by delivering thereat a true copy of each to __Steve Pastore__ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be Service of Process - Authorized thereof.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.*

**#3 SUITABLE AGE PERSON** [ ]
By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ]
By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#5 MAILING COPY** [ ]
On _____ , deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SERVICE** [ ]
After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other _____

**#7 DESCRIPTION** [X] (use with #1, 2 or 3)
A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex __Male__  Color of skin __White__  Color of hair __Salt/Pep__  Approx. Age __51 - 65 Yrs.__  Approx. Height __5' 4" - 5' 8"__  Approx. weight __161 - 200 Lbs.__  Other _____

**#8 WIT. FEES** [ ]
$ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

**#9 MILITARY SERVICE** [ ]
Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed _____ was not.

Sworn to before me on this 1st day of July, 2009

_Tammy Skinner_
TAMMY SKINNER
NOTARY PUBLIC, State of New York
No. 01SK6024054, Fulton County
Term Expires May 03, 2011

_Gerald Skinner_
Gerald Skinner

Invoice•Work Order # 062409

**LSG SERVICES - NESCONSET, NY 11767**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————X
GUIDO MAGNONI,

                Plaintiff,               SUMMONS IN A CIVIL ACTION

      -against-                    **CV-09 2419**

UNITED PARCEL SERVICE, INC., DAVE MAZZOLA,    **WEXLER. J.**
DOUG TRANDIAK, DAN DMYTRYCK, PAUL
VOHRINGER, and JIM KIRK,

                Defendants.          **ORENSTEIN, M.**
———————————————————————X

To the Above-Named Defendants:

     DAVE MAZZOLA
     C/O UPS
     300 OAK STREET
     UNIONDALE, NEW YORK

     You are hereby summoned and required to serve upon GENEVIEVE LANE LOPRESTI, ESQ., Attorney at Law, whose address is 219 Mineola Blvd, Suite 2, Mineola, New York, 11501, plaintiff's attorneys, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded within the complaint.

                      **ROBERT C. HEINEMANN**
                      CLERK OF THE COURT

                      *[signature]*
                      BY DEPUTY CLERK

Dated: Mineola, New York
       June 5, 2009

JUN 0 8 2009

U.S. DISTRICT COURT, EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| | Attorney: Genevieve L. Lopresti, Esq. |
| | Return Date: |
| | Index #: CV-09 2419 |
| GUIDO MAGNONI — Petitioner(s)/Plaintiff(s) | Assigned Justice: Wexler/Orenstein |
| | Address of Attorney: |
| Against | 219 MINEOLA BLVD.-STE # 2 |
| | MINEOLA, N.Y. 11501 |
| UNITED PARCEL SERVICE, INC., DAVE MAZZOLA, DOUG TRANDIAK, DAN DMYTRYCK, PAUL VOHRINGER, and JIM KIRK. — Defendant(s)/Respondent(s) | 516-741-1211 |

STATE OF NEW YORK: COUNTY OF SUFFOLK ss: LAWRENCE GALINA, THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on JUNE 26TH, 20 09 at 3:45 P.M. at 300 OAK STREET, UNIONDALE, N.Y. 11553 deponent served the within Cover Sheet, Arbitration Certificate, Summons in a Civil Case & Complaint on DAVE MAZZOLA witness/defendant/respondent/ therein named.

**INDIVIDUAL**
A ☐ By personally delivering to and leaving with said individual, and that he knew the person so served to be the person mentioned and described in said writ. (A fee of $_____ pursuant to CPLR Section 8001 was tendered to the witness.)

**CORPORATION**
B ☐ By delivering to and leaving with _____ and that he knew the person so served to be the Managing Agent of the Corporation, and authorized to accept service. (A fee of $_____ pursuant to CPLR Section 8001 was tendered to the witness)

*Service was made in the following manner after your deponent was unable with due diligence to serve the witness/defendant/respondent in person.*

**SUITABLE AGE PERSON**
C ☑ By delivering a true copy thereof to and leaving with "John Doe" Refused to give Name, a person of suitable age and discretion, the said premises being the witnesses/defendants/respondents (dwelling place), (usual place of abode), (place of business) within the State of New York. (A fee of $_____ pursuant to CPLR Section 8001, was tendered to the witness.)

**AFFIXING TO DOOR, ETC.**
D ☐ By affixing a true copy thereof to the door of said premises, the same being the witnesses/defendants/respondents (dwelling place) (usual place of abode)(place of business) within the State of New York. (A fee of $_____ pursuant to CPLR Section 8001, was tendered to the witness.)

**MAILING (USE WITH 'C' OR 'D')**
E ☑ On JUNE 29TH, 20 09, Deponent completed said service under the last two sections by mailing a copy of the above named Process by First Class Mail addressed to the witness/defendant/respondent to the above address of service which is witness'/defendant's/respondent's:

☐ Last known residence
☑ Last known place of business (additional endorsement of Personal and Confidential on face of envelope)
☐ RPAPL 735 An additional mailing by Certified Mail was made to the respondent at the premises sought to be recovered
☑ Sent Certificate of Mailing (PS form 3817, Mar., 1989)

**PREVIOUS ATTEMPTS (USE WITH 'D')**
F ☐ Deponent previously attempted to serve the above named witness/defendant/respondent on the following dates and times:

**DRL SEC 232 [VOID WITHOUT DESCRIPTION (USE WITH 'A', 'B' & 'C')]**
G ☐ The required notice was legibly printed on the face of the summons. I identified the defendant by a photograph annexed hereto which was provided by the Plaintiff.

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

| | | | | | | |
|---|---|---|---|---|---|---|
| ☑ Male | ☑ White Skin | ☐ Black Hair | ☐ Red Hair | ☐ 14-20 Yrs | ☐ Under 5' | ☐ Under 100 Lbs |
| ☐ Female | ☐ Black Skin | ☑ Brown Hair | ☐ White Hair | ☐ 21-35 Yrs | ☐ 5'0" - 5'3" | ☐ 100-130 Lbs |
| | ☐ Yellow Skin | ☐ Blond Hair | ☐ Balding | ☑ 36-50 Yrs | ☐ 5'4" - 5'8" | ☐ 131-160 Lbs |
| ☐ Glasses | ☐ Brown Skin | ☐ Gray Hair | ☐ Moustache | ☐ 51-65 Yrs | ☑ 5'9" - 6'0" | ☑ 161-200 Lbs |
| | ☐ Red Skin | ☐ Auburn Hair | ☐ Beard | ☐ Over 65 Yrs | ☐ Over 6' | ☐ Over 200 Lbs |

Other Identifying Features: _____

Deponent asked the person spoken to whether the subject was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not. Your deponent further says that he knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent/witness therein. Your deponent is over the age of 18 years and is not a party to this action.

Sworn before me this 29 day of June, 2009

Loretta M. Galina, Notary Public, State of N.Y.
No. 01GA5045422, Qualified in Suffolk County
Term Expires June 19, 2011

Please print name below signature
LAWRENCE GALINA
License No. 918909

Serve 'Em Rite® • P.O. Box 785 • Nesconset, NY 11767 • Phone & FAX: (631) 360-8314 • Beeper: (631) 233-7936

U.S. DISTRICT COURT, EASTERN DISTRICT OF NEW YORK

Attorney: Genevieve L. Lopresti, Esq.
Return Date:
Index #: CV-09-2419
Assigned Justice: Wexler/Orenstein
Address of Attorney:
219 MINEOLA BLVD.-STE # 2
MINEOLA, N.Y. 11501
516-741-1211

GUIDO MAGNONI

Petitioner(s)
Plaintiff(s)

Against

UNITED PARCEL SERVICE, INC., DAVE MAZZOLA, DOUG TRANDIAK, DAN DMYTRYCK, PAUL VOHRINGER, and JIM KIRK.

Defendant(s)
Respondent(s)

STATE OF NEW YORK: COUNTY OF SUFFOLK ss: LAWRENCE GALINA, THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on JUNE 30TH, 20 09 at 11:10 A.M. at 8 OLD FARM COURT, GLEN HEAD, N.Y. 11545 deponent served the within Cover Sheet, Arbitration Certificate, Summons in a Civil Case & Complaint on DAVE MAZZOLA witness / defendant/ respondent/ therein named.

**INDIVIDUAL**
A ☐ By personally delivering to and leaving with said individual, and that he knew the person so served to be the person mentioned and described in said writ. (A fee of $_____, pursuant to CPLR Section 8001 was tendered to the witness.)

**CORPORATION**
B ☐ By delivering to and leaving with _____ and that he knew the person so served to be the Managing Agent of the Corporation, and authorized to accept service. (A fee of $_____, pursuant to CPLR Section 8001 was tendered to the witness)

*Service was made in the following manner after your deponent was unable with due diligence to serve the witness/defendant/respondent in person.*

**SUITABLE AGE PERSON**
C ☑ By delivering a true copy thereof to and leaving with MRS. MAZZOLA, a person of suitable age and discretion, the said premises being the witnesses/defendants/respondents (dwelling place), (usual place of abode), (place of business) within the State of New York. (A fee of $_____ pursuant to CPLR Section 8001, was tendered to the witness.)

**AFFIXING TO DOOR, ETC.**
D ☐ By affixing a true copy thereof to the door of said premises, the same being the witnesses/defendants/respondents (dwelling place) (usual place of abode)(place of business) within the State of New York. (A fee of $_____, pursuant to CPLR Section 8001, was tendered to the witness.)

**MAILING (USE WITH 'C' OR 'D')**
E ☑ On JUNE 30TH, 20 09. Deponent completed said service under the last two sections by mailing a copy of the above named Process by First Class Mail addressed to the witness/defendant/respondent to the above address of service which is witness'/ defendant's/respondent's:

☑ Last known residence
☐ Last known place of business (additional endorsement of Personal and Confidential on face of envelope)
☐ RPALP 735 An additional mailing by Certified Mail was made to the respondent at the premises sought to be recovered
☑ Sent Certificate of Mailing (PS form 3817, Mar., 1989)

**PREVIOUS ATTEMPTS (USE WITH 'D')**
F ☐ Deponent previously attempted to serve the above named witness/defendant/respondent on the following dates and times:

**DRL SEC 232 [VOID WITHOUT DESCRIPTION (USE WITH 'A', 'B' & 'C')]**
G ☐ The required notice was legibly printed on the face of the summons. I identified the defendant by a photograph annexed hereto which was provided by the Plaintiff.
A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

☐ Male          ☑ White Skin     ☐ Black Hair    ☐ Red Hair      ☐ 14-20 Yrs    ☐ Under 5'      ☐ Under 100 Lbs
☑ Female        ☐ Black Skin     ☐ Brown Hair    ☐ White Hair    ☐ 21-35 Yrs    ☑ 5'0" - 5'3"   ☐ 100-130 Lbs
                ☐ Yellow Skin    ☑ Blond Hair    ☐ Balding       ☑ 36-50 Yrs    ☐ 5'4" - 5'8"   ☑ 131-160 Lbs
☐ Glasses       ☐ Brown Skin     ☐ Gray Hair     ☐ Moustache     ☐ 51-65 Yrs    ☐ 5'9" - 6'0"   ☐ 161-200 Lbs
                ☐ Red Skin       ☐ Auburn Hair   ☐ Beard         ☐ Over 65 Yrs  ☐ Over 6'       ☐ Over 200 Lbs

Other Identifying Features:

Deponent asked the person spoken to whether the subject was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not. Your deponent further says that he knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent/witness therein. Your deponent is over the age of 18 years and is not a party to this action.

Sworn before me this 30 day of JUN 2009

Loretta M. Galina, Notary Public, State of New York
No. 01GA5045422, Qualified in Suffolk County
Term Expires June 19, 2011

*Lawrence Galina* (signature)

Please print name below signature
LAWRENCE GALINA
License No. 918909

Serve 'Em Rite® • P.O. Box 785 • Nesconset, NY 11767 • Phone & FAX: (631) 360-8314 • Beeper: (631) 233-7936

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

GUIDO MAGNONI,

             Plaintiff,

-against-

UNITED PARCEL SERVICE, INC., DAVE MAZZOLA,
DOUG TRANDIAK, DAN DMYTRYCK, PAUL
VOHRINGER, and JIM KIRK,

             Defendants.

---------------------------------------------------------------X

SUMMONS IN A CIVIL ACTION

**CV-09 2419**

**WEXLER, J.**

**ORENSTEIN, M.**

To the Above-Named Defendants:

    DAN DMYTRYCK
    C/O UPS
    300 OAK STREET
    UNIONDALE, NEW YORK

    You are hereby summoned and required to serve upon GENEVIEVE LANE LOPRESTI, ESQ., Attorney at Law, whose address is 219 Mineola Blvd, Suite 2, Mineola, New York, 11501, plaintiff's attorneys, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded within the complaint.

**ROBERT C. HEINEMANN**
CLERK OF THE COURT

*[signature]*
BY DEPUTY CLERK

Dated: Mineola, New York
      June 5, 2009

JUN 0 8 2009

U.S. DISTRICT **COURT EASTERN DISTRICT OF NEW YORK.**

| | |
|---|---|
| | Attorney: Genevieve L. Lopresti, Esq. |
| | Return Date: |
| | Index #: CV-09 2419 |
| GUIDO MAGNONI      Petitioner(s) / Plaintiff(s) | Assigned Justice: Wexler/Orenstein |
| | Address of Attorney: |
| Against | 219 MINEOLA BLVD.-STE # 2 |
| | MINEOLA, N.Y. 11501 |
| UNITED PARCEL SERVICE, INC., DAVE MAZZOLA, DOUG TRANDIAK, DAN DMYTRYCK, PAUL VOHRINGER, and JIM KIRK.      Defendant(s) / Respondent(s) | 516-741-1211 |

STATE OF NEW YORK: COUNTY OF SUFFOLK ss: LAWRENCE GALINA, THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on JUNE 26TH, 20 09 at 3:45 P.M. at 300 OAK STREET, UNIONDALE, N.Y. 11553 deponent served the within Cover Sheet, Arbitration Certificate, Summons in a Civil Case & Complaint on DAN DMYTRYCK witness / defendant/ respondent/ therein named.

**INDIVIDUAL**
A ☐ By personally delivering to and leaving with said individual, and that he knew the person so served to be the person mentioned and described in said writ. (A fee of $_____ pursuant to CPLR Section 8001 was tendered to the witness.)

**CORPORATION**
B ☐ By delivering to and leaving with _____ and that he knew the person so served to be the Managing Agent of the Corporation, and authorized to accept service. (A fee of $_____, pursuant to CPLR Section 8001 was tendered to the witness)

*Service was made in the following manner after your deponent was unable with due diligence to serve the witness/defendant/respondent in person.*

**SUITABLE AGE PERSON**
C ☑ By delivering a true copy thereof to and leaving with "John Doe" Refused to give Name, a person of suitable age and discretion, the said premises being the witnesses/defendants/respondents (dwelling place), (usual place of abode), (place of business) within the State of New York. (A fee of $_____, pursuant to CPLR Section 8001, was tendered to the witness.)

**AFFIXING TO DOOR, ETC.**
D ☐ By affixing a true copy thereof to the door of said premises, the same being the witnesses/defendants/respondents (dwelling place) (usual place of abode)(place of business) within the State of New York. (A fee of $_____, pursuant to CPLR Section 8001, was tendered to the witness.)

**MAILING (USE WITH 'C' OR 'D')**
E ☑ On JUNE 29TH, 20 09. Deponent completed said service under the last two sections by mailing a copy of the above named Process by First Class Mail addressed to the witness/defendant/respondent to the above address of service which is witness'/ defendant's/respondent's:

☐ Last known residence
☑ Last known place of business (additional endorsement of Personal and Confidential on face of envelope)
☐ RPALP 735 An additional mailing by Certified Mail was made to the respondent at the premises sought to be recovered
☑ Sent Certificate of Mailing (PS form 3817, Mar., 1989)

**PREVIOUS ATTEMPTS (USE WITH 'D')**
F ☐ Deponent previously attempted to serve the above named witness/defendant/respondent on the following dates and times:

**DRL SEC 232 [VOID WITHOUT DESCRIPTION (USE WITH 'A', 'B' & 'C')]**
G ☐ The required notice was legibly printed on the face of the summons. I identified the defendant by a photograph annexed hereto which was provided by the Plaintiff.

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

| | | | | | | |
|---|---|---|---|---|---|---|
| ☑ Male | ☑ White Skin | ☐ Black Hair | ☐ Red Hair | ☐ 14-20 Yrs | ☐ Under 5' | ☐ Under 100 Lbs |
| ☐ Female | ☐ Black Skin | ☑ Brown Hair | ☐ White Hair | ☐ 21-35 Yrs | ☐ 5'0" - 5'3" | ☐ 100-130 Lbs |
| | ☐ Yellow Skin | ☐ Blond Hair | ☐ Balding | ☑ 36-50 Yrs | ☐ 5'4" - 5'8" | ☐ 131-160 Lbs |
| ☐ Glasses | ☐ Brown Skin | ☐ Gray Hair | ☐ Moustache | ☐ 51-65 Yrs | ☑ 5'9" - 6'0" | ☑ 161-200 Lbs |
| | ☐ Red Skin | ☐ Auburn Hair | ☐ Beard | ☐ Over 65 Yrs | ☐ Over 6' | ☐ Over 200 Lbs |

Other Identifying Features:

Deponent asked the person spoken to whether the subject was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not. Your deponent further says that he knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent/witness therein. Your deponent is over the age of 18 years and is not a party to this action.

Sworn before me this 29 day of June, 2009

Loretta M. Galina, Notary Public, State of N.Y.
No. 01GA5045422, Qualified in Suffolk County
Term Expires June 19, 2011

/s/ Lawrence Galina

Please print name below signature
LAWRENCE GALINA
License No. 918909

Serve 'Em Rite® • P.O. Box 785 • Nesconset, NY 11767 • Phone & FAX. (631) 360-8314 • Beeper: (631) 233-7936

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

GUIDO MAGNONI,

                Plaintiff,

           -against-

UNITED PARCEL SERVICE, INC., DAVE MAZZOLA,
DOUG TRANDIAK, DAN DMYTRYCK, PAUL
VOHRINGER, and JIM KIRK,

                Defendants.

-------------------------------------------------------------X

SUMMONS IN A CIVIL ACTION

**CV-09 2419**

**WEXLER, J.**

**ORENSTEIN, M.**

To the Above-Named Defendants:

        PAUL VOHRINGER
        C/O UPS
        300 OAK STREET
        UNIONDALE, NEW YORK

      You are hereby summoned and required to serve upon GENEVIEVE LANE LOPRESTI, ESQ., Attorney at Law, whose address is 219 Mineola Blvd, Suite 2, Mineola, New York, 11501, plaintiff's attorneys, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded within the complaint.

**ROBERT C. HEINEMANN**

-----------------------------------
CLERK OF THE COURT

*[signature]*
-----------------------------------
BY DEPUTY CLERK

Dated: Mineola, New York
       June 5, 2009

JUN 08 2009

U.S. DISTRICT **COURT EASTERN DISTRICT OF NEW YORK.**

Attorney: Genevieve L. Lopresti, Esq.
Return Date:
Index #: CV-09 2419
Assigned Justice: Wexler/Orenstein
Address of Attorney:
219 MINEOLA BLVD.-STE # 2
MINEOLA, N.Y. 11501
516-741-1211

GUIDO MAGNONI
Petitioner(s) Plaintiff(s)

Against

UNITED PARCEL SERVICE, INC., DAVE MAZZOLA, DOUG TRANDIAK, DAN DMYTRYCK, PAUL VOHRINGER, and JIM KIRK,
Defendant(s) Respondent(s)

STATE OF NEW YORK: COUNTY OF SUFFOLK   ss: LAWRENCE GALINA, THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on JUNE 26TH, 20 09 at 3:45 P.M. at 300 OAK STREET, UNIONDALE, N.Y. 11553 deponent served the within Cover Sheet, Arbitration Certificate, Summons in a Civil Case & Complaint on PAUL VOHRINGER witness / defendant/ respondent/ therein named.

**INDIVIDUAL**
A [ ] By personally delivering to and leaving with said individual, and that he knew the person so served to be the person mentioned and described in said writ. (A fee of $ _____, pursuant to CPLR Section 8001 was tendered to the witness.)

**CORPORATION**
B [ ] By delivering to and leaving with _____ and that he knew the person so served to be the Managing Agent of the Corporation, and authorized to accept service. (A fee of $ _____, pursuant to CPLR Section 8001 was tendered to the witness)

*Service was made in the following manner after your deponent was unable with due diligence to serve the witness/defendant/respondent in person.*

**SUITABLE AGE PERSON**
C [✓] By delivering a true copy thereof to and leaving with "John Doe" Refused to give Name, a person of suitable age and discretion, the said premises being the witnesses/defendants/respondents (dwelling place), (usual place of abode), (place of business) within the State of New York. (A fee of $ _____ pursuant to CPLR Section 8001, was tendered to the witness.)

**AFFIXING TO DOOR, ETC.**
D [ ] By affixing a true copy thereof to the door of said premises, the same being the witnesses/defendants/respondents (dwelling place) (usual place of abode)(place of business) within the State of New York. (A fee of $ _____, pursuant to CPLR Section 8001, was tendered to the witness.)

**MAILING (USE WITH 'C' OR 'D')**
E [✓] On JUNE 29TH, 20 09, Deponent completed said service under the last two sections by mailing a copy of the above named Process by First Class Mail addressed to the witness/defendant/respondent to the above address of service which is witness'/defendant's/respondent's:
[ ] Last known residence
[✓] Last known place of business (additional endorsement of Personal and Confidential on face of envelope)
[ ] RPALP 735 An additional mailing by Certified Mail was made to the respondent at the premises sought to be recovered
[✓] Sent Certificate of Mailing (PS form 3817, Mar., 1989)

**PREVIOUS ATTEMPTS (USE WITH 'D')**
F [ ] Deponent previously attempted to serve the above named witness/defendant/respondent on the following dates and times:

**DRL SEC 232 [VOID WITHOUT DESCRIPTION (USE WITH 'A', 'B' & 'C')]**
G [ ] The required notice was legibly printed on the face of the summons. I identified the defendant by a photograph annexed hereto which was provided by the Plaintiff.
A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

| | | | | | | |
|---|---|---|---|---|---|---|
| [✓] Male | [✓] White Skin | [ ] Black Hair | [ ] Red Hair | [ ] 14-20 Yrs | [ ] Under 5' | [ ] Under 100 Lbs |
| [ ] Female | [ ] Black Skin | [✓] Brown Hair | [ ] White Hair | [ ] 21-35 Yrs | [ ] 5'0" - 5'3" | [ ] 100-130 Lbs |
| | [ ] Yellow Skin | [ ] Blond Hair | [ ] Balding | [✓] 36-50 Yrs | [ ] 5'4" - 5'8" | [ ] 131-160 Lbs |
| [ ] Glasses | [ ] Brown Skin | [ ] Gray Hair | [ ] Moustache | [ ] 51-65 Yrs | [✓] 5'9" - 6'0" | [✓] 161-200 Lbs |
| | [ ] Red Skin | [ ] Auburn Hair | [ ] Beard | [ ] Over 65 Yrs | [ ] Over 6' | [ ] Over 200 Lbs |

Other Identifying Features:

Deponent asked the person spoken to whether the subject was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not. Your deponent further says that he knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent/witness therein. Your deponent is over the age of 18 years and is not a party to this action.

Sworn before me this ___ day of JUNE, 2009

Loretta M. Galina, Notary Public, State of N.Y.
No. 01GA5045422, Qualified in Suffolk County
Term Expires June 19, 2011

Notary Public

Please print name below signature
LAWRENCE GALINA
License No. 918909

Serve 'Em Rite® • P.O. Box 785 • Nesconset, NY 11767 • Phone & FAX: (631) 360-8314 • Beeper: (631) 233-7936

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------X

GUIDO MAGNONI,

                Plaintiff,

        -against-

UNITED PARCEL SERVICE, INC., DAVE MAZZOLA,
DOUG TRANDIAK, DAN DMYTRYCK, PAUL
VOHRINGER, and JIM KIRK,

                Defendants.

----------------------------------------------------------X

SUMMONS IN A CIVIL ACTION

**CV-09 2419**

**WEXLER, J.**

**ORENSTEIN, M.**

To the Above-Named Defendants:

    JIM KIRK
    C/O UPS
    300 OAK STREET
    UNIONDALE, NEW YORK

    You are hereby summoned and required to serve upon GENEVIEVE LANE LOPRESTI, ESQ., Attorney at Law, whose address is 219 Mineola Blvd, Suite 2, Mineola, New York, 11501, plaintiff's attorneys, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded within the complaint.

**ROBERT C. HEINEMANN**

_____
CLERK OF THE COURT

_____
BY DEPUTY CLERK

Dated: Mineola, New York
       June 5, 2009

JUN 0 8 2009

U.S. DISTRICT COURT, EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Attorney: | Genevieve L. Lopresti, Esq. |
| Return Date: | |
| Index #: | CV-09 2419 |
| Assigned Justice: | Wexler/Orenstein |
| Address of Attorney: | |
| | 219 MINEOLA BLVD.-STE # 2 |
| | MINEOLA, N.Y. 11501 |
| | 516-741-1211 |

GUIDO MAGNONI

Petitioner(s) / Plaintiff(s)

Against

UNITED PARCEL SERVICE, INC., DAVE MAZZOLA, DOUG TRANDIAK, DAN DMYTRYCK, PAUL VOHRINGER, and JIM KIRK,

Defendant(s) / Respondent(s)

STATE OF NEW YORK: COUNTY OF SUFFOLK ss: LAWRENCE GALINA, THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on JUNE 26TH, 20 09 at 3:45 P .M. at 300 OAK STREET, UNIONDALE, N.Y. 11553 deponent served the within Cover Sheet, Arbitration Certificate, Summons in a Civil Case & Complaint on JIM KIRK witness / defendant / respondent / therein named.

**INDIVIDUAL**
A ☐ By personally delivering to and leaving with said individual, and that he knew the person so served to be the person mentioned and described in said writ. (A fee of $ _____ , pursuant to CPLR Section 8001 was tendered to the witness.)

**CORPORATION**
B ☐ By delivering to and leaving with _____ and that he knew the person so served to be the Managing Agent of the Corporation, and authorized to accept service. (A fee of $ _____ , pursuant to CPLR Section 8001 was tendered to the witness)

*Service was made in the following manner after your deponent was unable with due diligence to serve the witness/defendant/respondent in person.*

**SUITABLE AGE PERSON**
C ☒ By delivering a true copy thereof to and leaving with "John Doe" Refused to give Name , a person of suitable age and discretion, the said premises being the witnesses/defendants/respondents (dwelling place), (usual place of abode), (place of business) within the State of New York. (A fee of $ _____ , pursuant to CPLR Section 8001, was tendered to the witness.)

**AFFIXING TO DOOR, ETC.**
D ☐ By affixing a true copy thereof to the door of said premises, the same being the witnesses/defendants/respondents (dwelling place) (usual place of abode)(place of business) within the State of New York. (A fee of $ _____ , pursuant to CPLR Section 8001, was tendered to the witness.)

**MAILING (USE WITH 'C' OR 'D')**
E ☒ On JUNE 29TH , 20 09 , Deponent completed said service under the last two sections by mailing a copy of the above named Process by First Class Mail addressed to the witness/defendant/respondent to the above address of service which is witness'/ defendant's/respondent's:

☐ Last known residence
☒ Last known place of business (additional endorsement of Personal and Confidential on face of envelope)
☐ RPALP 735 An additional mailing by Certified Mail was made to the respondent at the premises sought to be recovered
☒ Sent Certificate of Mailing (PS form 3817, Mar , 1989)

**PREVIOUS ATTEMPTS (USE WITH 'D')**
F ☐ Deponent previously attempted to serve the above named witness/defendant/respondent on the following dates and times:

**DRL SEC 232 [VOID WITHOUT DESCRIPTION (USE WITH 'A', 'B' & 'C')]**
G ☐ The required notice was legibly printed on the face of the summons. I identified the defendant by a photograph annexed hereto which was provided by the Plaintiff.
A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ Male | ☒ White Skin | ☐ Black Hair | ☐ Red Hair | ☐ 14-20 Yrs | ☐ Under 5' | ☐ Under 100 Lbs |
| ☐ Female | ☐ Black Skin | ☒ Brown Hair | ☐ White Hair | ☐ 21-35 Yrs | ☐ 5'0" - 5'3" | ☐ 100-130 Lbs |
| | ☐ Yellow Skin | ☐ Blond Hair | ☐ Balding | ☒ 36-50 Yrs | ☐ 5'4" - 5'8" | ☐ 131-160 Lbs |
| ☐ Glasses | ☐ Brown Skin | ☐ Gray Hair | ☐ Moustache | ☐ 51-65 Yrs | ☒ 5'9" - 6'0" | ☒ 161-200 Lbs |
| | ☐ Red Skin | ☐ Auburn Hair | ☐ Beard | ☐ Over 65 Yrs | ☐ Over 6' | ☐ Over 200 Lbs |

Other Identifying Features:

Deponent asked the person spoken to whether the subject was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not. Your deponent further says that he knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent/witness therein. Your deponent is over the age of 18 years and is not a party to this action.

Sworn before me this 29 day of June 09

Loretta M. Galina, Notary Public, State of N.Y.
No. 01GA5045422, Qualified in Suffolk County
Term Expires June 19, 2011

/s/ Lawrence Galina
Please print name below signature
LAWRENCE GALINA
License No. 918909

Serve 'Em Rite® • P.O. Box 785 • Nesconset, NY 11767 • Phone & FAX: (631) 360-8314 • Beeper: (631) 233-7936

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

GUIDO MAGNONI,

                Plaintiff,

          -against-

UNITED PARCEL SERVICE, INC., DAVE MAZZOLA,
DOUG TRANDIAK, DAN DMYTRYCK, PAUL
VOHRINGER, and JIM KIRK,

                Defendants.

---------------------------------------------------------------x

SUMMONS IN A CIVIL ACTION

**CV-09 2419**

**WEXLER, J.**
**ORENSTEIN, M.**

To the Above-Named Defendants:

    DOUG TRANDIAK
    C/O UPS
    300 OAK STREET
    UNIONDALE, NEW YORK

    You are hereby summoned and required to serve upon GENEVIEVE LANE LOPRESTI, ESQ., Attorney at Law, whose address is 219 Mineola Blvd, Suite 2, Mineola, New York, 11501, plaintiff's attorneys, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded within the complaint.

**ROBERT C. HEINEMANN**

CLERK OF THE COURT

BY DEPUTY CLERK

Dated: Mineola, New York
       June 5, 2009

JUN 0 8 2009